**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No.: 6:26-cv-01477-CEM-NWH

HOME1ST LENDING, LLC and
THERESA LENTINI-LOPEZ,

Plaintiffs,

v.

FIRST HORIZON BANK,

Defendant.
_________________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

*Home1st Lending, LLC and Theresa Lentini-Lopez*, Case No. 2026-CA-001179 (Circuit Court, Eighteenth Judicial Circuit, Seminole County, Florida). Filed on May 26, 2026, and removed to this Court in this action on July 10, 2026.

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Submitted July 31, 2026.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
200 East Broward Blvd., Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-1600
Facsimile: (954) 333-3930
*Counsel for Defendant, First Horizon*

By: *<u>/s/ Spencer D. Leach</u>*

David B. Levin (Lead Counsel)
Florida Bar No.: 26394
dlevin@bakerdonelson.com
Spencer D. Leach
Florida Bar No.: 110753
sleach@bakerdonelson.com